UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN DANIEL MALKOWSKI, #275517,

    Petitioner,

v.                                             Case No. 2:06-CV-14112
                                              Honorable George Caram Steeh
                                              Magistrate Judge Virginia M. Morgan

JAN E. TROMBLEY,

    Respondent.
_____/

## **JUDGMENT**

    In accordance with the Opinion and Order entered on this date;

    It is **ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              BY: **s/Josephine Chaffee**
                                                   DEPUTY COURT CLERK

Dated: September 8, 2009